Case 4:24-cr-00404   Document 137   Filed on 09/25/24 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
September 26, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | |
| § | |
| ALFRED JACOBY GREEN, § | |
| a/k/a "Coby," § | |
| § | |
| KELVIN GEORADE JACKSON, § | |
| § | |
| DEANDRE MARQUEL FIZER, § | |
| a/k/a "Dre," § | |
| § | |
| JONATHAN ROSS SIUM, § | |
| § | |
| ALEXUS MONIQUE HATCHETT, § | CRIMINAL NO. 4:24-cr-404 |
| § | |
| SHAWANDA JOHNSON-SMITH, § | |
| § | |
| JESSICA FERGUSON, § | |
| § | |
| ELBERT JACKSON, § | |
| § | |
| TRAMAINE LAVON BATISTE, § | |
| § | |
| and § | |
| § | |
| DENZEL CURTIS DWAYNE PINK, § | |
| § | |
| Defendants. § | |

## ORDER

On this day, the Court considered the United States' Motion to Designate the Case as Complex and for a Continuance under 18 U.S.C. § 3161(h)(7)(B)(i)(ii) & (iv), which constitutes excludable time under the Speedy Trial Act. After considering the Motion, any response, and any arguments of counsel, the Motion is **HEREBY GRANTED**.

Accordingly, **IT IS ORDERED** that the above-styled and numbered cause is certified as a complex case pursuant to 18 U.S.C. § 3161(h)(7)(B)(ii) and the deadlines in any prior Scheduling Orders issued in this matter are continued.

Motions are hereby scheduled for March 7, 2025. The Government's response is hereby scheduled for March 21, 2025. A pretrial conference is hereby scheduled for March 31, 2025 at 8:30 AM and a jury trial scheduled is hereby scheduled for April 7, 2025 at 9:00 AM.

Dated this 25th day of September, 2024.

HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF TEXAS