United States District Court
Southern District of Texas
**ENTERED**
March 27, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS § | CRIMINAL ACTION NO. H-24-404 |
| § | |
| ALFRED JACOBY GREEN, *et al* § | |

## AMENDED SCHEDULING ORDER

Pending before the Court is the Joint and Unopposed Motion to Continue Trial and Extend Deadlines (Doc. No. 162). The Court GRANTS the motion and enters the following schedule as to all Defendants:

| | |
|---|---|
| MOTIONS will be filed no later than | **August 29, 2025** |
| RESPONSES will be filed no later than | **September 12, 2025** |
| PRETRIAL CONFERENCE will be held before Judge Andrew S. Hanen, Courtroom 9C at **8:30 AM** | **September 22, 2025** |
| JURY SELECTION and TRIAL is scheduled before Judge Andrew S. Hanen, Courtroom 9C at **9:00 AM** | **September 29, 2025** |

### DEFENDANT'S PRESENCE IS REQUIRED AT ALL SETTINGS

SIGNED this 27th day of March 2025.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE